IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KETYA TITH,<br><br>  Plaintiff,<br><br>v.<br><br>MANAHAWKIN CONVALESCENT CENTER d/b/a MANAHAWKIN NURSING & REHABILITATION CENTER, et al.,<br><br>  Defendants. | Civil Action No. 3:20-cv-5436-FLW-DEA |

**ORDER**

AND NOW, on this 11th day of June, 2021, upon review of the Settlement Agreement and Mutual Release ("Settlement Agreement") reached between the Parties and any arguments heard on the record, the Court:

1. Finds the Settlement Agreement is a fair and reasonable compromise of disputed claims. The Settlement Agreement is granted approval by this Court; and

2. Approves Plaintiff's counsel's request for attorneys' fees and costs of $3,787.97 as reasonable.

BY THE COURT:

_____
DOUGLAS E. ARPERT, U.S.M.J.